IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DERRICK SHAWTON GONZALEZ,
    Plaintiff,

v.

VALLEY COUNTY, NEBRASKA;
DAVID SCHEIDELER, in his individual and official capacities as Sheriff of Valley County;
DEPUTY B.J. THOMPSON, in his individual and official capacities as deputy of the Valley County Sheriff's Office;
DEPUTY MONTEY, in his individual and official capacities as deputy of the Valley County Sheriff's Office;
BRANDON B. HANSON, in his individual and official capacities as County Attorney of Valley County;
THE HONORABLE KARIN LYNN NOAKES, in her individual and official capacities as Judge of the District Court of Valley County; and
LISA BOWER, in her individual and official capacities as Clerk Magistrate of Valley County,

    Defendants.

Case No.: ----------- 4:25CV3175

COMPLAINT AND DEMAND FOR JURY TRIAL

I. JURISDICTION AND VENUE

This Court has jurisdiction under 28 U.S.C. § 1332(a)(1) because Plaintiff is a domiciliary of Arizona, all Defendants are domiciled in Nebraska, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

Venue is proper under 28 U.S.C. § 1391(b) because the events occurred in Valley County, Nebraska.

II. PARTIES
Plaintiff Derrick Shawton Gonzalez a domiciliary of Arizona.

Defendant Valley County, Nebraska is a political subdivision of the State of Nebraska.

Defendant David Scheideler is Sheriff of Valley County, sued in both individual and official capacities.

Defendant Deputy B.J. Thompson is a deputy sheriff, sued in both individual and official capacities.

Defendant Deputy Montey is a deputy sheriff, sued in both individual and official capacities.

Defendant Brandon B. Hanson is County Attorney of Valley County, sued in both individual and official capacities.

Defendant The Honorable Karin Lynn Noakes is a District Court Judge, sued in both individual and official capacities.

Defendant Lisa Bower is Clerk Magistrate of Valley County, sued in both individual and official capacities.

III. FACTUAL ALLEGATIONS
Background and Prior Recusal
11. On February 20, 2018, Judge Noakes recused herself from Case No. CI 16-58, the underlying child support order later used in criminal charges, after Plaintiff filed a complaint against her.
12. Despite this disqualification, Judge Noakes presided over subsequent related proceedings in 2024 and 2025.

2023 County Court Case (CR 23-19)
13. On April 12, 2023, Valley County Court issued a warrant against Plaintiff for criminal nonsupport.
14. The warrant was not served.
15. Bond was set at $5,000 PR.

2024 District Court Case (CR 24-28)
16. On November 19, 2024, Judge Noakes issued a bench warrant against Plaintiff in CR 24-28.
17. The warrant was issued without a verified sworn complaint or affidavit from a real party in interest.
18. All counts listed the same date of January 1, 2022, despite allegations spanning multiple months.
19. Bond was set at $50,000, 10% cash.

July 15, 2025 Arrest and Denial of Due Process
20. On July 15, 2025, Defendants Thompson and Montey, acting under Sheriff Scheideler's direction, arrested Plaintiff at 323 North 14th Street, Ord, Nebraska.
21. The arrest occurred at a public business, causing humiliation and reputational harm.
22. Plaintiff was subjected to aggressive force amounting to aggravated assault and battery.

23. Plaintiff demanded to see a magistrate but was denied.
24. When he called the magistrate himself, she admitted she had no verified complaint and could not authorize his release.
25. Plaintiff was booked and jailed overnight.
26. Deputies produced only an unsigned "order" from Judge Noakes as the basis of detention.
27. Plaintiff was released on July 16, 2025, upon posting $5,000 cash bond processed by Clerk Bower.

July 23, 2025 Hearing Admission
28. On July 23, 2025, Judge Noakes admitted on the record that "due process of service had not occurred" and that she "should have never issued the warrant."
29. This judicial admission confirmed Plaintiff's arrest and detention were unlawful.

Stroke and Continuing Harm
30. The arrest, public humiliation, and ongoing prosecution caused severe emotional trauma and stress.
31. On or about August 2025, Plaintiff suffered a stroke, which was caused or substantially aggravated by Defendants' conduct.
32. Plaintiff's physical health, independence, and quality of life have been permanently diminished.

IV. CAUSES OF ACTION
Count I – False Arrest (Nebraska Law)
33. Defendants caused Plaintiff to be arrested without lawful authority or valid process.

Count II – False Imprisonment (Nebraska Law)
34. Defendants caused Plaintiff to be detained without lawful justification.

Count III – Assault and Battery (Nebraska Law)
35. Defendants Thompson, Montey, and Scheideler intentionally used harmful and offensive physical contact without privilege.

Count IV – Negligence in Issuance and Execution of Process (Nebraska Law)
36. Defendants Noakes, Bower, Scheideler, Thompson, and Montey breached duties to ensure warrants were valid and executed lawfully.

Count V – Malicious Prosecution (Nebraska Law)
37. Defendant Hanson initiated and pursued criminal charges without probable cause and with malice.

Count VI – Abuse of Process (Nebraska Law)

38. All Defendants misused legal process, including fraudulent warrants and prosecution, for improper purposes.

39. Denial of Due Process

V. DAMAGES
Plaintiff seeks damages as follows:

Non-Economic Damages: $3,000,000 for emotional distress, humiliation, reputational harm, false imprisonment, assault, loss of liberty, permanent health impacts including stroke, and loss of enjoyment of life.

Punitive Damages: $2,000,000 for willful, wanton, and reckless disregard of Plaintiff's rights.

Total damages sought: $5,000,000, plus costs, interest, and such other relief as the Court deems just.

VI. PRAYER FOR RELIEF
WHEREFORE, Plaintiff respectfully requests judgment in his favor and against Defendants, jointly and severally, awarding:

Compensatory damages of $3,000,000;

Punitive damages of $2,000,000;

Declaratory judgment that the warrant was void and unconstitutional as applied;

Costs of suit and fees as permitted by law;

Any other relief deemed just and proper.

VII. DEMAND FOR JURY TRIAL
Respectfully submitted,
Derrick Shawton Gonzalez
1005 O Street
Ord, Nebraska 68862
398.201.1139
DerrickSGonzalez@gmail.com

## Affidavit in support of suit

Comes now Derrick Shawton Gonazlez having reached age of majority twenty one years of age (21) with sane sound mind and competent to handle ones affairs over all men, hereby makes the following statement of facts of his own free will act and deed under the pains and penalty of perjury;

On July 15th 2025 I, Derrick Shawton Gonzalez was subjected to aggravated assault and battery, false arrest, false imprisonment, identity theft, trafficking of person, Human trafficking, and extortion, when I, was arrested and taken prisoner against my will, by the Valley County Sheriff's Department officers B.J Thompson, and Montey under the direction of Dave Scheideler acting Valley County Sheriff absent due process of law, absent a verified sworn criminal complaint, absent an affidavit from a real party in interest, absent a verified warrant, at or around 3:30 p.m. at the location of 323 North 14th Street Ord, Nebraska 68862 identified as NAPA Parts Bin Ord Nebraska.

Upon booking I, demanded the verified arrest warrant be produced with the sworn criminal complaint and the affidavit allonged to the complaint, The officers handed me an alleged order from Karin Lynn Noakes without any other information and further stated that's all the information they have in their possession.

I demanded to be taken to the magistrate, and was informed they would not take me to the magistrate, I, then I demanded they call the magistrate, they said they would not however I was entitled to a phone call if I would like to make a call.

I called the magistrate demanded to be released immediately, the magistrate said she could not authorize my release, I demanded the verified criminal complaint with the affidavit she said she did not have a verified criminal complaint.

I informed the magistrate I would be forced to sue all parties involved,

I was released on a 50,000 dollar bond 5,000 cash at 10%

Court was held on the Issue July 23rd 2025 wherein Karin Lynn Noakes affirmed from the bench due process was not followed and therefore affirming from the bench that the warrant was in-fact fraudulent, deficient, and violated my rights to life, liberty, pursuit of happiness, and the enjoyment of property.

Page 1 of 2

Description of Document Affidavit in support of suit

Acknowledgement

State of Nebraska

s.s.

County of Lancaster)

The foregoing instrument was acknowledged before me this

19th day of August, 2025

(month)

by _Derrick Shawton Gonzalez_

Derrick Shawton Gonzalez

_[signature]_

Notary Public

GENERAL NOTARY - State of Nebraska
OLIVIA MADISON BOENDER
My Comm. Exp. July 1, 2029

↑ Affix Official Notary seal here ↑

Page 2 of 2