FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 AUG 28  AM 11:40

OFFICE OF THE CLERK

Docs 2, 3

Derrick Shawton Gonzalez
1005 O Street
Ord, NE 68862

RECEIVED
AUG 28 2025
CLERK
U.S. DISTRICT COURT

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ROMAN L. HRUSKA U.S. COURTHOUSE
111 S. 18TH PLAZA, SUITE 1152
OMAHA, NE 68102-1322

OFFICIAL BUSINESS

OMAHA NE 680
20 AUG 2025 PM
FIRST-CLASS

US POSTAGE (IMI) PITNEY BOWES
ZIP 68102 $ 001.03⁰
02 7H
0006074757 AUG 20 2025

RECEIVED
AUG 28 2025
CLERK
U.S. DISTRICT COURT

681 NFE 1 2241600B/26/25
FORWARD TIME EXP RTN TO SEND
GONZALEZ DERRICK SHAWTON
5326 W PERSHING AVE
GLENDALE AZ 85304-1354

RETURN TO SENDER