IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DERRICK SHAWTON GONZALEZ,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>VALLEY COUNTY, NEBRASKA, DAVID SCHEIDELER, in his individual and official capacities as Sheriff Of Valley County; B.J. THOMPSON, Deputy, in his individual and official capacities as deputy of the Valley County Sheriff's Office; MONTEY, Deputy, in his individual and official capacities as deputy of the Valley County Sheriff's Office; BRANDON B. HANSON, in his individual and official capacities as County Attorney of Valley County; KARIN LYNN NOAKES, The Honorable, in her individual and official capacities as Judge of the District Court of Valley County; and LISA BOWER, in her individual and official capacities as Clerk Magistrate of Valley County;<br><br>　　　　　　　Defendants. | 4:25CV3175<br><br>**MEMORANDUM AND ORDER** |

　　　This matter is before the Court on its own motion. Plaintiff filed a Complaint, Filing No. 1, on August 19, 2025. In the Complaint, Plaintiff provided an address in Ord, Nebraska. However, materials sent to Plaintiff at that address by the Clerk of the Court on August 20, 2025, were returned to this Court as undeliverable. *See* Filing No. 4. Plaintiff has an obligation to keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown. Plaintiff must, therefore, update his address within 30 days or face dismissal of this action without further notice.

In addition, when Plaintiff filed his Complaint, he failed to include the $405.00 filing and administrative fees. Plaintiff has the choice of either submitting the $405.00 filing and administrative fees to the Clerk's office or submitting a request to proceed in forma pauperis. Failure to take either action within 30 days will result in the Court dismissing this case without further notice to Plaintiff.

IT IS THEREFORE ORDERED that:

1. Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2. Plaintiff is further directed to submit the $405.00 fees to the Clerk's office or submit a request to proceed in forma pauperis within 30 days. Failure to take either action will result in dismissal of this matter without further notice.

3. The Clerk of the Court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit") and a copy of this order to the address on file and to the following address: 5326 W Pershing Ave., Glendale, AZ 85304.

4. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **October 2, 2025**: Check for MIFP or payment and for updated address.

Dated this 2nd day of September, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

2