IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DERRICK SHAWTON GONZALEZ,<br><br>               Plaintiff,<br><br>vs.<br><br>VALLEY COUNTY, NEBRASKA, DAVID SCHEIDELER, in his individual and official capacities as Sheriff Of Valley County; B.J. THOMPSON, Deputy, in his individual and official capacities as deputy of the Valley County Sheriff's Office; MONTEY, Deputy, in his individual and official capacities as deputy of the Valley County Sheriff's Office; BRANDON B. HANSON, in his individual and official capacities as County Attorney of Valley County; KARIN LYNN NOAKES, The Honorable, in her individual and official capacities as Judge of the District Court of Valley County; and LISA BOWER, in her individual and official capacities as Clerk Magistrate of Valley County;<br><br>               Defendants. | **4:25CV3175**<br><br>**MEMORANDUM AND ORDER** |

On September 2, 2025, the Court ordered Plaintiff to update his address with the Court and to pay the $405.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. Filing No. 5. To date, Plaintiff has not updated his address, paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders.

2. The Court will enter judgment by a separate document.

2

3. The Clerk of the Court is directed to send to Plaintiff a copy of this order and the judgment to the address on file and to the following address: 5326 W Pershing Ave., Glendale, AZ 85304.

Dated this 8th day of October, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge